UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELONI TERRY,<br><br>                     Plaintiff,<br><br>     v.<br><br>SAN JUAN COUNTY, *et al.*,<br><br>                     Defendants. | Case No. C15-1610-JCC-BAT<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of Magistrate Judge Brian A. Tsuchida (Dkt. No. 9) and all supporting documentation, the Court ADOPTS the Report and Recommendation (Dkt. No. 9) and DISMISSES defendant Compass Health with prejudice for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED this 2nd day of February 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1