1

2

3

4

5

6
1UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
7

8 MELONI TERRY,

9                                 Plaintiff,          CASE NO. C15-1610 JCC-BAT

10        v.                                          **REPORT AND**
                                                      **RECOMMENDATION**
11 SAN JUAN COUNTY, *et al.*,

12                                 Defendants.

13        The parties have stipulated to an order of dismissal with prejudice and without an award

14 of costs or fees to either party. Dkt. 40. The undersigned magistrate judge has reviewed the

15 proposed order and recommends endorsing it. Because it is a stipulated order, the district court

16 judge may consider it immediately.

17        DATED this 26th day of May, 2017.

18

19                                                   _____
                                                     BRIAN A. TSUCHIDA
20                                                   United States Magistrate Judge

21

22

23

REPORT AND RECOMMENDATION - 1