THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MELONI TERRY,<br><br>        Plaintiff,<br>   v.<br><br>SAN JUAN COUNTY; SAN JUAN COUNTY SHERIFF RONALD KREBS, sued in his individual and official capacities; and SAN JUAN COUNTY DEPUTY SHERIFF JACK WILSEY, sued in his individual and official capacities,<br><br>        Defendants. | CASE NO. C15-1610-JCC-BAT<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 40). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Court thus ADOPTS the report and recommendation by the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 41). The Clerk is directed to CLOSE this case.

//

DATED this 26th day of May 2017.

                                      William M. McCool
                                      Clerk of Court

                                      s/Paula McNabb
                                      Deputy Clerk